**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| GRAPHIC COMMUNICATIONS CONFERENCE / INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 285, | * * * | |
| 6210 NORTH CAPITOL STREET, NW WASHINGTON, DC 20011 | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:06-CV-01913 (RMU) |
| QUEBECOR WORLD PREMEDIA - WASHINGTON, | * * | |
| 4414 LOTTSFORD VISTA ROAD LANHAM, MD 20706 Defendant. | * | |
| * * * * * * * | | |

**AFFIDAVIT IN SUPPORT OF DEFAULT JUDGMENT**

I hereby certify under penalty of perjury, this 3rd day of January, 2007, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant Quebecor World Premedia-Washington was personally served with process on November 21, 2006.

The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is DC ST § 13-423(a)(1).

I further certify under penalty of perjury that no appearance has been entered by said defendant in this case; no pleading has been filed and none served upon the attorney for the plaintiff; no extension has been given and the time for filing has expired; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant.

2

/s/ Mark Gisler
Mark Gisler
Attorneys for Plaintiff

Peer & Gan LLP
1730 Rhode Island Ave., NW, Suite 307
Washington, DC 20036

DC Bar No. 474628

Date: January 3, 2007

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| GRAPHIC COMMUNICATIONS CONFERENCE / INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 285, <br><br>6210 NORTH CAPITOL STREET, NW WASHINGTON, DC 20011 <br><br>    Plaintiff, <br><br>    v. <br><br>QUEBECOR WORLD PREMEDIA - WASHINGTON, <br><br>4414 LOTTSFORD VISTA ROAD LANHAM, MD 20706 <br>    Defendant. | * <br>* <br>* <br>* <br>* <br>* <br>* <br>* <br>* <br>* <br>* | <br><br><br><br><br><br>Civil Action No. 1:06-CV-01913 (RMU) |

\*    \*    \*    \*    \*    \*    \*

## **DEFAULT**

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the 21st day of November 2006, and an affidavit on behalf of the plaintiff having been filed, it is this _____ day of _____, _____ declared that

_____

_____

_____

defendant herein is in default.

                                                            Nancy M. Mayer-Whittington, Clerk

                                                            By _____
                                                                                           Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

GRAPHIC COMMUNICATIONS
CONFERENCE/INTERNATIONAL

Plaintiff

v.                                                                  Case No. 1:06CV01913RMU

QUEBECOR WORLD PREMEDIA-
WASHINGTON

Defendant

### Affidavit of Service

I, _Roland Gonzales_ hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the foregoing document are true and do affirm I am a competent person over 18 years of age and not a party to this action.

I served: _Quebecor World Premedia-Washington_

With the following list of documents: **SUMMONS, COMPLAINT AND ATTACHMENT**

By then and there personally delivering a true and correct copy of the documents into the hands of and leaving with:
_Renee Milligan_ Title/relationship: _Accounting Manager_
On: _11/21/06_ at _2:30_ AM/**PM** at the address of **4414 LOTTSFORD VISTA RD LANHAM MD 20706**

__ Personal Service: By personally delivering the documents to the person being served.

__ Substitute Service: By leaving the documents at the dwelling house or usual place of abode of the person being served with a member of the household who stated they resided herein and was of suitable age and discretion, and was explained the general nature of the documents.

✓ Corporate, Registered Agent or Legal Representative Service: By leaving with an officer, director or a person who stated they had authority to accept service of process for the above listed person or entity.

__ By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of abode [ ] dwelling house (place of abode) within the state

__ Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at ___:___ AM/PM _____
on the _____ day of _____ at ___:___ AM/PM _____
on the _____ day of _____ at ___:___ AM/PM _____
on the _____ day of _____ at ___:___ AM/PM _____

Description:  Skin: _B_  Sex: _F_  Height: _5'6"_  Weight: _160_  Age: _45_  Hair: _BLK_  Eyes _BN_
Other Features: _____

__ Military Service. Deponent asked the person spoken to whether the recipient was presently in military service of the United States or of the State in which they reside and was informed that the recipient was not.

__ Other: _____

Signature _Roland Gonzales_  Date: _11/21/06_

Contracted by Due Process
P.O. Box 2396
Columbia, MD 21045
800-228-0484
006301
gisler@peerganlaw.com

Subscribed and sworn before me this _21_
day of November, 2006
_____

ADAM H. PARKER
NOTARY PUBLIC
HOWARD CO., MD

My comm. exp. Feb. 20, 2008

NOV 2 7 2006