IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

GRAPHIC COMMUNICATIONS
CONFERENCE/INTERNATIONAL

Plaintiff

v.                                   Case No. 1:06CV01913RMU

QUEBECOR WORLD PREMEDIA-
WASHINGTON

Defendant

### Affidavit of Service

I, _Roland Gonzales_ hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the foregoing document are true and do affirm I am a competent person over 18 years of age and not a party to this action.

I served: _Quebecor World Premedia-Washington_

With the following list of documents: SUMMONS, COMPLAINT AND ATTACHMENT

By then and there personally delivering a true and correct copy of the documents into the hands of and leaving with:
_Renee Milligan_    Title/relationship: _Accounting Manager_

On: _11/21/06_ at _2:30_ AM/**PM** at the address of **4414 LOTTSFORD VISTA RD LANHAM MD 20706**

__ Personal Service: By personally delivering the documents to the person being served.

__ Substitute Service: By leaving the documents at the dwelling house or usual place of abode of the person being served with a member of the household who stated they resided herein and was of suitable age and discretion, and was explained the general nature of the documents.

✓ Corporate, Registered Agent or Legal Representative Service: By leaving with an officer, director or a person who stated they had authority to accept service of process for the above listed person or entity.

__ By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of abode [ ] dwelling house (place of abode) within the state

__ Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at __:__ AM/PM _____
on the _____ day of _____ at __:__ AM/PM _____
on the _____ day of _____ at __:__ AM/PM _____
on the _____ day of _____ at __:__ AM/PM _____

Description: Skin: _B_  Sex: _F_  Height: _5'6"_  Weight: _160_  Age: _45_  Hair: _BLK_  Eyes _BN_
Other Features: _____

__ Military Service. Deponent asked the person spoken to whether the recipient was presently in military service of the United States or of the State in which they reside and was informed that the recipient was not.

__ Other: _____

Signature _Roland Gonzales_  Date: _11/21/06_

Contracted by Due Process
P.O. Box 2396
Columbia, MD 21045
800-228-0484

006301
gisler@peerganlaw.com

Subscribed and sworn before me this _21_ day of November, 2006

ADAM H. PARKER
NOTARY PUBLIC
HOWARD CO., MD

My comm. exp. Feb. 20, 2008

NOV 2 7 2006