Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GRAPHIC COMMUNICATIONS CONFERENCE/INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 285

　　　　Plaintiff(s)

V.

QUEBECOR WORLD PREMEDIA-WASHINGTON

　　　　Defendant(s)

Civil Action No. 06-1913 (RMU)

RE:　QUEBECOR WORLD PREMEDIA-WASHINGTON

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on November 21, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this 4th day of January, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____N. Wilkens_____
　　　　　　Deputy Clerk