IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRAPHIC COMMUNICATIONS CONFERENCE / INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 285<br>6210 North Capitol Street, NW<br>Washington, DC 20011<br><br>   Plaintiff,<br><br>   v.<br><br>QUEBECOR WORLD PREMEDIA - WASHINGTON<br>4414 Lottsford Vista Road<br>Lanham, MD 20706<br><br>   Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*   Civil Action No. 1:06CV01913(RMU)<br>*   Judge Ricardo M. Urbina<br>*<br>*<br>* |

\* \* \* \* \* \* \*

**MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Pursuant to Federal Rule of Civil Procedure, Rule 55(b)(2), Graphic Communications Conference Local Union No. 285 ("Local 285" or "Plaintiff"), affiliated with the International Brotherhood of Teamsters, by its attorneys Peer & Gan LLP, hereby moves this Court for an order entering default judgment against Defendant Quebecor World Premedia-Washington ("Quebecor" or "Defendant") in the above-captioned case, for the reasons set forth in the accompanying memorandum of points and authorities.

NOW THEREFORE, Plaintiff Local 285 requests that this Court enter an order of default judgment:

A.  compelling Defendant to proceed to arbitration with Plaintiff over the grievances described in the Complaint;

  B. awarding Plaintiff its costs and attorneys' fees incurred in bringing this action; and

  C. granting Plaintiff such other and further relief as this Court deems just or proper.

              Respectfully submitted,


              ___/s/Mark Gisler_____
              Mark Gisler
              DC Bar No. 474628
              Peer & Gan LLP
              1730 Rhode Island Ave., NW, Suite 307
              Washington, DC 20036

              Attorneys for Plaintiff

Date: January 24, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRAPHIC COMMUNICATIONS CONFERENCE / INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 285<br>6210 North Capitol Street, NW<br>Washington, DC 20011<br><br>    Plaintiff,<br><br>        v.<br><br>QUEBECOR WORLD PREMEDIA - WASHINGTON<br>4414 Lottsford Vista Road<br>Lanham, MD 20706<br><br>    Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>Civil Action No. 1:06CV01913(RMU)<br>Judge Ricardo M. Urbina |

\*    \*    \*    \*    \*    \*    \*

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT

Pursuant to Federal Rule of Civil Procedure, Rule 55(b)(2), Graphic Communications Conference Local Union No. 285 ("Local 285" or "Plaintiff"), affiliated with the International Brotherhood of Teamsters, by its attorneys Peer & Gan LLP, hereby requests that this Court grant its accompanying motion for an order entering default judgment against Defendant Quebecor World Premedia-Washington ("Quebecor" or "Defendant") in the above-captioned case, and states as follows:

1.    On November 9, 2006, Local 285 filed its Complaint in this action. On November 21, 2006, a copy of the Summons and Complaint was duly served on Defendant. Thereafter, Defendant has failed to answer or to otherwise respond to the Complaint.

2.    On January 4, 2007, the Court entered Default against Defendant.

Accordingly, this Court should grant Plaintiff's accompanying motion for entry of default judgment and should enter an order:

    A.    Compelling Defendant to proceed to arbitration with Plaintiff over the grievances described in the Complaint;

    B.    Awarding Plaintiff its costs and attorneys' fees (currently in the amount of $2240.39, which represent fees and costs through December 31, 2006) incurred in bringing this action; and

    C.    Granting Plaintiff such other and further relief as this Court deems just or proper.

Respectfully submitted,

    /s/Mark Gisler
Mark Gisler
DC Bar No. 474628
Peer & Gan LLP
1730 Rhode Island Ave., NW, Suite 307
Washington, DC 20036

Attorneys for Plaintiff

Date: January 24, 2007

2

## **CERTIFICATE OF SERVICE**

I hereby certify this 24th day of January 2007, that I caused to be served a copy of Plaintiff's Motion for Entry of Default Judgment, Memorandum of Points and Authorities and Proposed Order by placing a copy of same in the U.S. mails, postage prepaid to the following:

> Quebecor World Premedia-Washington
> 4414 Lottsford Vista Road
> Lanham, MD   20706

_____/s/Mark Gisler_____
Mark Gisler

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GRAPHIC COMMUNICATIONS CONFERENCE / INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 285<br>6210 North Capitol Street, NW<br>Washington, DC 20011<br><br>　　Plaintiff,<br><br>　　　　v.<br><br>QUEBECOR WORLD PREMEDIA - WASHINGTON<br>4414 Lottsford Vista Road<br>Lanham, MD 20706<br><br>　　Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No. 1:06CV01913(RMU)<br>Judge Ricardo M. Urbina |

\*　　\*　　\*　　\*　　\*　　\*　　\*

**ORDER**

The Motion of Plaintiff Graphic Communications Conference/International Brotherhood of Teamsters, Local 285, for Entry of Default Judgment is hereby granted. Accordingly, Defendant Quebecor World Premedia-Washington is hereby ordered to:

　　A.　　proceed to arbitration with Plaintiff over the grievances described in the Complaint; and

　　B.　　pay to Plaintiff its costs and attorneys' fees incurred in bringing this action.

_____　　　　_____
DATE　　　　　　　　　　　　　　　　　　　　　JUDGE RICARDO M. URBINA

Copies of the above order should be sent to:

Mark Gisler, Esquire
Peer & Gan LLP
1730 Rhode Island Ave., Suite 307
Counsel For Plaintiff

Quebecor World Premedia-Washington
4414 Lottsford Vista Road
Lanham, MD   20706
Defendant