IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRAPHIC COMMUNICATIONS <br> CONFERENCE / INTERNATIONAL <br> BROTHERHOOD OF TEAMSTERS, <br> LOCAL 285 <br> 6210 North Capitol Street, NW <br> Washington, DC 20011 <br><br> Plaintiff, <br><br> v. <br><br> QUEBECOR WORLD PREMEDIA - <br> WASHINGTON <br> 4414 Lottsford Vista Road <br> Lanham, MD 20706 <br><br> Defendant. | Civil Action No. 1:06CV01913(RMU) <br> Judge Ricardo M. Urbina |

## ORDER

The Motion of Plaintiff Graphic Communications Conference/International Brotherhood of Teamsters, Local 285, for Entry of Default Judgment is hereby granted. Accordingly, Defendant Quebecor World Premedia-Washington is hereby ordered to:

A. proceed to arbitration with Plaintiff over the grievances described in the Complaint; and

B. pay to Plaintiff its costs and attorneys' fees – totaling $3313.13 -- incurred in bringing this action.

_____          _____
DATE                                                                  JUDGE RICARDO M. URBINA

Copies of the above order should be sent to:

Mark Gisler, Esquire
Peer & Gan LLP
1730 Rhode Island Ave., Suite 307
Counsel For Plaintiff

Quebecor World Premedia-Washington
4414 Lottsford Vista Road
Lanham, MD   20706
Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify this 24th day of January, 2007 that I caused to be served a copy of Plaintiff's amended proposed Order and Affidavit by placing a copy of same in the U.S. mails, postage prepaid to the following:

> Quebecor World Premedia-Washington
> 4414 Lottsford Vista Road
> Lanham, MD   20706

      /s/Mark Gisler
      Mark Gisler

| | | |
|---|---|---|
| GRAPHIC COMMUNICATIONS CONFERENCE / INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 285<br>6210 North Capitol Street, NW<br>Washington, DC 20011 | *<br>*<br>*<br>* | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:06CV01913(RMU)<br>Judge Ricardo M. Urbina |
| QUEBECOR WORLD PREMEDIA - WASHINGTON<br>4414 Lottsford Vista Road<br>Lanham, MD 20706 | *<br>* | |
| Defendant. | | |

\*   \*   \*   \*   \*   \*   \*

## AFFIDAVIT

Mark Gisler, does declare under penalty of perjury as follows:

1. I submit this affidavit based upon my own personal knowledge, information and familiarity with the above-captioned lawsuit.

2. My firm, Peer & Gan LLP, serves as counsel for Graphic Communications Conference/International Brotherhood of Teamsters, Local 285. I am a partner with the firm, serving as lead counsel on this case.

3. The costs and fees specifically associated with filing and pursuing this matter, beginning on November 6 and continuing to date, total $3313.63. The fees are comprised of 11.5 hours of my time, billed at $135 per hour and 12 hours of the time of associate Jean Marc Favreau, billed at $100 per hour. The expenses -- including the $350 filing fee, $145 process server fee, as well as duplicating and postage expenses -- total $561.13.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

        */s/ Mark Gisler*
        Mark Gisler

DISTRICT OF COLUMBIA:    ss

Subscribed and sworn to before me, __ANN P. STORY__, a Notary Public in and for the District of Columbia, by Mark Gisler, on this _24th_ day of _January_, 2007.

        */s/ Ann P. Story*
        Notary Public

My commission expires ____ANN P. STORY / MY COMMISSION EXPIRES MAY 14, 2010____.