UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| GRAPHIC COMMUNICATIONS CONFERENCE / INT'L BROTHERHOOD OF TEAMSTERS, LOCAL 285, | : : : : : | Civil Action No.: | 06-1913 (RMU) |
| Plaintiff, | : : | | |
| v. | : : | Document Nos.: | 6 |
| QUEBECOR WORLD PREMEDIA -WASHINGTON, | : : : | | |
| Defendant. | : : | | |

## ORDER

### GRANTING THE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

On November 21, 2006, the plaintiff served upon the defendant its complaint in this case. Return of Service (Jan. 4, 2007) (noting that the defendant was served with the complaint on November 21, 2006 at 7:30 pm). The defendant's answer was due by December 11, 2006. FED. R. CIV. P. 12 (a)(1)(A). Because the defendant failed to answer, the clerk of this court entered default against the defendant on January 4, 2007. Clerk's Entry of Default (Jan. 4, 2007).

The plaintiff now moves for entry of default judgment. Mot. for Default Judgment (Jan. 24, 2007). Pursuant to Federal Rule 55, the court may enter default judgment upon application by the plaintiff. FED. R. CIV. P. 55 (b)(2). Because the defendant has "failed to plead or otherwise defend" in this action under the Federal Rules, default judgment is warranted. *Id.* at (a).

Accordingly, it is hereby this 30th day of January, 2007 hereby

**ORDERED** that the plaintiff's motion for default judgment is **GRANTED**, and it is

**FURTHER ORDERED** that defendant Quebecor World Premedia-Washington proceed to arbitration with the plaintiff over the grievances described in the Complaint, and it is

**ORDERED** that defendant Quebecor World Premedia-Washington pay to the plaintiff its costs and attorneys' fees – totaling $3313.13 -- incurred in bringing this action.

**SO ORDERED**.

        RICARDO M. URBINA
        United States District Judge